UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| WENDY JORGENSEN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 20-10460 |
| ) | |
| v. ) | ADV. PROC. NO. 21-01001 |
| ) | |
| DOUGLAS J. JORGENSEN D.O., ) | ANSWER |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES Defendant Douglas J. Jorgensen D.O. (the "Defendant"), by and through his undersigned counsel, and answers Plaintiff's complaint (the "Complaint") as follows:

1. The Defendants admits the allegations set forth in Paragraph 1 of the Complaint.

2. The Defendant admits the allegation set forth in paragraph 2 of the Complaint and further answering states that the entirety of the referenced document has not been set forth and that the language quoted is not enforceable and does not render any obligation non-dischargable.

3. The Defendant admits the allegations set forth in paragraph 3 of the Complaint and further answering states that the quoted language does not render the purported obligations either due and owing or non-dischargable.

4. The Defendant denies the allegations set forth in paragraph 4 of the Complaint.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief may be granted.

2. The Plaintiff's claims are barred by the doctrines of waiver, estoppel, laches and unclean hands

3. The Plaintiff's claims are subject to offset.

WHEREFORE, Defendant requests that the relief requested by Plaintiff be denied, and that Defendant be granted his costs and such other and further relief as may be appropriate.

Dated in Portland, Maine this 12th day of February 2021.

Respectfully submitted,

/*s/ Richard P. Olson*
Richard P. Olson, Bar No. 7275
Attorney for Defendant

Curtis Thaxter
One Canal Plaza, Suite 1000
P.O. Box 7320
Portland, Maine 04112-7320
207-774-9000